**No. 53660.**—E. J. Fay, Inc. *v.* United States, petition 6715–R (New York).

Opinion by JOHNSON, J.    At the trial it was disclosed that there was an honest difference of opinion between the importer and the appraiser as to the proper basis of value to be adopted.    An appeal to reappraisement was abandoned due to the fact that the shipper of the bottles would not cooperate in the matter by giving the desired information.    On the record presented it was held that the petitioner in making the entry was without intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.    The petition was therefore granted.

**No. 53661.**—B–1 Beverage Company *v.* United States, petition 6727–R (St. Louis).

Opinion by JOHNSON, J.    The petition was dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 27, 1949

**No. 53662.**—M. Furuya Company *v.* United States, protests 8208–K, etc. (Los Angeles).

Opinion by JOHNSON, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53663.**—Denebeim Distilling Co. *v.* United States, protest 110039–K (A)/ 91545 (Chicago).

Opinion by JOHNSON, J.    Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53664.**—Siegfried Loewenthal Co. et al. *v.* United States, protests 116200–K, etc. (Cleveland, etc.).

Opinion by JOHNSON, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53665.**—Kachurin Drug Co. et al. *v.* United States, protests 124848–K, etc. (Baltimore and San Francisco).

Opinion by JOHNSON, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.